## ARNOLD v. DENNIS.

(Filed October 7, 1902.)

APPEAL—*Case on Appeal—Statement of Facts—New Trial.*

Where a case on appeal does not contain a sufficient statement of facts to enable the supreme court to make a decision, it will be remanded for a new trial.

ACTION by William Arnold and others against W. D. Dennis and others, heard by Judge *W. S. O'B. Robinson* and a jury, at November Term, 1901, of the Superior Court of HARNETT County.   From a judgment for the defendants, the plaintiffs appealed.

*Murchison & Johnson,* for the plaintiffs.
*Stewart & Godwin,* for the defendants.

PER CURIAM.   In this case, made up by the counsel, we are unable to make a decision for want of a sufficient statement of the facts.   The plaintiffs allege a tenancy in common with the defendants, and pray for a sale for partition. The defendants plead sole seizin. There is no evidence sent up, and the statement of the case fails to state in what relation the parties stand to each other or to the testator, or to the devisee, Nancy E. Thomas, named in the seventh item of the will, the construction of which seems to have been the object of the appeal.   The case must be remanded for a fuller statement of the facts to be brought out on a new trial.

New Trial.